DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

NICOLE GENE NACHTMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D19-3206

————————————————

September 17, 2021

Appeal from the Circuit Court for Hillsborough County; Christopher C. Sabella, Judge.

Howard L. Dimmig, II, Public Defender and Alice B. Copek, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee; and Lindsay D. Turner, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

MORRIS, C.J., and SLEET and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.